UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DENNIS E. ASHLEY,

   Plaintiff,

v.           Case No. 1:12-cv-1287
            Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.

_____/


## JUDGMENT

   In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

   **IT IS SO ORDERED.**



Dated:  March 19, 2014     /s/ Hugh W. Brenneman, Jr.
             HUGH W. BRENNEMAN, JR.
             United States Magistrate Judge